**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9    TRANSIT CONSTRUCTORS,                    No. C-12-06159 DMR

10            Plaintiff(s),              **ORDER CONTINUING CASE**
                                         **MANAGEMENT CONFERENCE**
11        v.

12   PARSONS TRANSPORTATION,

13            Defendant(s).
     _____/

14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Initial Case Management Conference previously scheduled for March 6, 2013 has been

17   CONTINUED to **March 14, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

18   Clay Street, Oakland, California 94612.

19        IT IS SO ORDERED.

20

21   Dated:  February 28, 2013

22                                          _____
                                            DONNA M. RYU
23                                          United States Magistrate Judge

24

25

26

27

28