ROGERS JOSEPH O'DONNELL
Joseph C. McGowan, Jr. (State Bar No. 166426)
jmcgowan@rjo.com
Suhani Kamdar (State Bar No. 218141)
skamdar@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
TRANSIT CONSTRUCTORS, LP and
B&C TRANSIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| TRANSIT CONSTRUCTORS, LP and B&C TRANSIT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PARSONS TRANSPORTATION GROUP, INC., PENINSULA CORRIDOR JOINT POWERS BOARD, KAREN ANTION, KAREN ANTION CONSULTING, LLC, JUANITA VIGIL, MIKE JOHNSON, MIKE SCANLON and CHARLES HARVEY, inclusive, <br><br> Defendants. | Case No. C 12-06159 DMR <br><br> Assigned for All Purposes to Hon. Donna M. Ryu <br><br> **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: July 10, 2013 <br> Time: 1:30 p.m. <br> Dept.: 4 |

      The parties to this action have recently agreed to a settlement of all claims, against all respective parties, subject to finalizing a written settlement agreement. Said parties, therefore, request a continuation of the case management conference currently scheduled for 1:30 pm on July 10, 2013. To ensure adequate time to finalize the settlement terms, the parties request a continuance in this matter of at least one month.

///

1  Dated:  July 8, 2013                                ROGERS JOSEPH O'DONNELL

2

3                                                      By:   */s/ Joseph C. McGowan, Jr.*
                                                             JOSEPH C. MCGOWAN, JR.
4                                                            Attorneys for Plaintiffs
                                                             TRANSIT CONSTRUCTORS, LP AND
5                                                            B&C TRANSIT, INC.

6

7  Dated:  July 8, 2013                                SHEPPARD MULLIN RICHTER &
                                                       HAMPTON, LLP
8

9                                                      By:   */s/ Candace L. Matson*
                                                             CANDACE L. MATSON
10                                                           ROBERT T. STURGEON
                                                             Attorneys for Defendant
11                                                           PARSONS TRANSPORTATION
                                                             GROUP, INC
12

13 Dated:  July 8, 2013                                HANSON BRIDGETT LLP

14

15                                                     By:   */s/ Alexandra V. Atencio*
                                                             KIMON MANOLIUS
                                                             ALEXANDRA V. ATENCIO
16                                                           Attorneys for Defendants
                                                             PENINSULA CORRIDOR JOINT
17                                                           POWERS BOARD, KAREN ANTION,
                                                             KAREN ANTION CONSULTING, LLC,
18                                                           JUANITA VIGIL, MIKE JOHNSON,
                                                             MIKE SCANLON and CHARLES
19                                                           HARVEY

20

21                                            **ORDER**

22          The next case management conference in this action is hereby continued to

23  _Cwi wuv'36. 2013 at 3‹52'r 0b 0

24          **IT IS SO ORDERED.**

25

26  Dated:  July 8, 2013                               By: _____
                                                             HON. DONNA M. RYU
27

28