1  ROGERS JOSEPH O'DONNELL
   Joseph C. McGowan, Jr. (State Bar No. 166426)
2  jmcgowan@rjo.com
   Suhani Kamdar (State Bar No. 218141)
3  skamdar@rjo.com
   311 California Street
4  San Francisco, California 94104
   Telephone:  415.956.2828
5  Facsimile:  415.956.6457

6  Attorneys for Plaintiffs
   TRANSIT CONSTRUCTORS, LP and
7  B&C TRANSIT, INC.

8

9

10                      UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

12

13 | TRANSIT CONSTRUCTORS, LP and B&C TRANSIT, INC., | Case No. C 12-06159 DMR |
|---|---|
14 | Plaintiffs, | Assigned for All Purposes to Hon. Donna M. Ryu |
15 | vs. | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
16 | PARSONS TRANSPORTATION GROUP, INC., PENINSULA CORRIDOR JOINT POWERS BOARD, KAREN ANTION, KAREN ANTION CONSULTING, LLC, JUANITA VIGIL, MIKE JOHNSON, MIKE SCANLON and CHARLES HARVEY, inclusive, | Date:  July 10, 2013 Time:  1:30 p.m. Dept.:  4 |
17 | Defendants. | |

23       The parties to this action have recently agreed to a settlement of all claims,

24 against all respective parties, subject to finalizing a written settlement agreement.  Said

25 parties, therefore, request a continuation of the case management conference currently

26 scheduled for 1:30 pm on July 10, 2013.  To ensure adequate time to finalize the settlement

27 terms, the parties request a continuance in this matter of at least one month.

28 ///

| | | |
|---|---|---|
| Dated: July 8, 2013 | | ROGERS JOSEPH O'DONNELL |

By: */s/ Joseph C. McGowan, Jr.*
JOSEPH C. MCGOWAN, JR.
Attorneys for Plaintiffs
TRANSIT CONSTRUCTORS, LP AND
B&C TRANSIT, INC.

Dated: July 8, 2013                                          SHEPPARD MULLIN RICHTER &
                                                                              HAMPTON, LLP

By: */s/ Candace L. Matson*
CANDACE L. MATSON
ROBERT T. STURGEON
Attorneys for Defendant
PARSONS TRANSPORTATION
GROUP, INC

Dated: July 8, 2013                                          HANSON BRIDGETT LLP

By: */s/ Alexandra V. Atencio*
KIMON MANOLIUS
ALEXANDRA V. ATENCIO
Attorneys for Defendants
PENINSULA CORRIDOR JOINT
POWERS BOARD, KAREN ANTION,
KAREN ANTION CONSULTING, LLC,
JUANITA VIGIL, MIKE JOHNSON,
MIKE SCANLON and CHARLES
HARVEY

**ORDER**

The next case management conference in this action is hereby continued to

_Cwi wuv'36. 2013 at 3:52'r 0b 0

**IT IS SO ORDERED.**

Dated: July 8, 2013                                          By: [signature]
                                                                              HON. DONNA M. RYU

Page 2

Joint Request to Continue Case Management Conference, Case No. C 12-06159 DMR

334735.2